**Order entered April 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00377-CV

## IN THE BEST INTEREST AND PROTECTION OF E.P., APPELLANT

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-20-00463**

## ORDER

Before the Court are appellant's March 30, 2020 pro se motions to throw out judgment and for mistrial. Because appellant is represented by counsel and is not entitled to hybrid representation, we **DENY** the motion. *See Smith v. Smith*, 22 S.W.3d 140, 151, 153 (Tex. App.—Houston [14th Dist.] 2000, no pet.) (civil litigant not entitled to hybrid representation); *see also In re Black*, 04-18-00700-CV, 2018 WL 6331052 (Tex. App.—San Antonio Dec. 15, 2018, orig. proceeding) (mem. op.) (same - proceeding for civil commitment of sexually violent predator).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE